IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN C. PARAMORE,

    Plaintiff,

v.                                                         Case No. 3:05cv2/MCR

CITIFINANCIAL, INC., f/k/a
WASHINGTON MUTUAL FINANCE
OF FLORIDA, INC.,

    Defendant.
_____/

## AMENDED ORDER OF DISMISSAL

    This cause is before the court upon the parties' Joint Stipulation for Dismissal With Prejudice. (Doc. 25). Upon consideration of the foregoing, the above-entitled action is **DISMISSED** with prejudice. The Clerk is directed to close the case in its entirety for all purposes.

    **ORDERED** on this 1st day of June, 2005.


                                           s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **United States District Judge**